**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WENDY MCCAIN,

        Plaintiff,

v.                                           Case No.: 3:23-cv-924-WWB-MCR

APPLIED BUSINESS SERVICES,

        Defendant.

## **ORDER**

    THIS CAUSE is before the Court on Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action Without Prejudice (Doc. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

    **DONE AND ORDERED** at Jacksonville, Florida on January 22, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record